IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAM C. BERKOWITZ & LISA P. BERKOWITZ | : | CIVIL ACTION |
| v. | : | |
| J. SCOTT WATSON, P.C., ET AL. | : | NO. 13-954 |

## ORDER

**AND NOW,** this 9th day of July, 2013, upon consideration of Defendant J. Scott Watson, P.C.'s Motion to Dismiss (Docket No. 5), and Plaintiffs' response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.